**John D. HORTON, Plaintiff—Appellant,**

v.

**Daniel J. SHULL; Anita M. Martin–Jones; Marcus S. Rinehart; Charles A. Buss; Airman Castillo; Agent Lazzaro, Afosi; Airman Curry; Airman Edwards; Airman Robertson; Airman Rosebaum; Airman Balzer; Airman Hess; Capt. Persico; Matthew Coakley; Four Unknown Named Employees of 43rd Medical Group; Airman Hess, 43rd Medical Group; Airman Dittmer; Three Unknown Named Employees of Dorothea Dix Hospital; United States of America, Defendants—Appellees.**

No. 05–1566.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Aug. 31, 2005.

John D. Horton, Appellant Pro Se. Joshua B. Royster, United States Department of Justice, Raleigh, North Carolina, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John D. Horton appeals the district court's order dismissing his civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Horton v. Shull,* No. CA–04–227–BO (E.D.N.C. Mar. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*